MAREN ENGMAN and Others v. ALICE BICKEL and Others.[1]

June 30, 1905.

Nos. 14,424—(192).

Appeal by plaintiffs from an order of the district court for Carlton county, Ensign, J., denying a motion for a new trial. Affirmed.

*I. Grettum*, for appellants.
*H. Oldenburg*, for respondents.

PER CURIAM.

The court being satisfied that the evidence sustains the findings of fact, there is no occasion to review the same in detail, or to refer to any of the other questions presented at the argument. The order appealed from is accordingly affirmed.

Order affirmed.

[1] Reported in 104 N. W. 1149.